

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-3-1999

# Govt of V.I. v. United Ind Workers

Precedential or Non-Precedential:

Docket 98-7148

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"Govt of V.I. v. United Ind Workers" (1999). *1999 Decisions.* Paper 53.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/53

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed March 3, 1999

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 98-7148

GOVERNMENT OF THE VIRGIN ISLANDS;
DEPARTMENT OF JUSTICE

      Appellants

v.

UNITED INDUSTRIAL WORKERS, N.A.,
SEAFARERS INTERNATIONAL UNION OF NORTH
AMERICA, AFL-CIO; LAWRENCE ACKER

On Appeal from the District Court
of the Virgin Islands, Appellate Division
(St. Croix)
(D.C. No. 92-cv-0022)
District Judge: Honorable Thomas K. Moore

Argued Thursday, December 10, 1998

BEFORE: ROTH, LEWIS and GARTH, Circuit Judges

(Opinion filed February 17, 1999)

ORDER AMENDING OPINION

This slip opinion in the above case filed on February 17,
1999 is hereby amended as follows:

      1. The last sentence in III.A is hereby deleted and the
      following sentence is substituted in its stead:

We are satisfied that while Acker was not employed directly in the channels of commerce, the interstate nexus required for application of the FAA has been met.

By the Court:

/s/ Leonard I. Garth
    Leonard I. Garth
Circuit Judge

Dated: March 3, 1999

A True Copy:
Teste:

Clerk of the United States Court of Appeals
for the Third Circuit

2